■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v
KELVIN SUBGIDIO, Appellant. [782 NYS2d 652]—Application by the
appellant for a writ of error coram nobis to vacate, on the
ground of ineffective assistance of appellate counsel, a decision
and order of this Court dated November 3, 2003 (*People v
Subgidio*, 1 AD3d 388 [2003]), affirming a judgment of the
County Court, Rockland County, rendered October 22, 1999.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the
effective assistance of appellate counsel (*see Jones v Barnes*, 463
US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Ritter, J.P.,
Florio, H. Miller and S. Miller, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v
JEFFREY THIGPEN, Appellant. [782 NYS2d 651]—Application by the
appellant for a writ of error coram nobis to vacate, on the
ground of ineffective assistance of appellate counsel, a decision
and order of this Court dated December 28, 1998 (*People v
Thigpen*, 256 AD2d 601 [1998]), affirming a judgment of the
Supreme Court, Queens County, rendered April 15, 1996.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the
effective assistance of appellate counsel (*see Jones v Barnes*, 463
US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti,
P.J., Ritter, Krausman and Goldstein, JJ., concur.